UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C15-0262 EMC<br><br>**ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' ADMINISTRATIVE MOTION TO DEFER BRIEFING AND CONSIDERATION OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

On March 31, 2015, Plaintiffs filed a motion for partial summary judgment, seeking a determination from this Court that they are employees as a matter of Massachusetts state law. Docket No. 38. On April 6, 2015, Defendants filed an administrative motion to defer briefing and consideration of Plaintiffs' motion until after class certification. Docket No. 40. Alternatively, Defendants argue that consideration of the Plaintiffs' summary judgment motion should be deferred at least until after the initial Case Management Conference takes place and Defendants are allowed to take discovery from Plaintiffs. *Id.*

The Court will permit Plaintiffs to file a slightly enlarged opposition brief to Defendants' administrative motion. The opposition shall not contain more than eight (8) pages of text, and shall be filed by Friday, April 10, 2015. *See* N.D. Cal. Local Rule 7-11(b) (providing that an opposition to an administrative motion "must be filed no later than 4 days after the motion has been filed"). Defendants will be permitted to file an optional three (3) page reply brief, such brief to be filed no later than Monday, April 13, 2015.

Defendants' opposition to Plaintiffs' motion for partial summary judgment is currently due Tuesday, April 14, 2015, and Plaintiffs' reply is due April 21, 2015. *See* Docket No. 38. The Court hereby extends those deadlines by one week to give the Court sufficient time to consider the merits of Defendants' administrative motion.

IT IS SO ORDERED.

Dated: April 7, 2015

_____
EDWARD M. CHEN
United States District Judge