```
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
   tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
   dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
   mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
   jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306
```

Attorneys for Defendants
UBER TECHNOLOGIES, INC.,
TRAVIS KALANICK, AND RYAN GRAVES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY and ABDI MAHAMMED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES,<br><br>Defendants. | CASE NO. CV 3:15-00262-EMC<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., TRAVIS KALANICK, AND RYAN GRAVES' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PR~~OP~~OSED] ORDER**<br><br>Complaint Filed:              6/26/2014 |

     PLEASE TAKE NOTICE that Defendants Uber Technologies, Inc., Travis Kalanick, and Ryan Graves ("Defendants") hereby substitute Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, and Theane D. Evangelis of the law firm Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California, 90071, and Joshua S. Lipshutz of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, San Francisco, California, 94105, as counsel for Defendants in the above-captioned matter in place of Robert J. Hendricks, Sacha M. Steenhoek, and

1  Caitlin V. May of the law firm Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San

2  Francisco, California 94105.

3     Pursuant to such substitution, Defendants hereby request that all notices, filings and other

4  documents in this action be served on the following counsel:

5      Gibson, Dunn & Crutcher LLP
    Theodore J. Boutrous, Jr.
6      333 South Grand Avenue
    Los Angeles, CA 90071-3197
7      Telephone: 213.229.7000
    Facsimile: 213.229.7520
8      Email:    tboutrous@gibsondunn.com

9      Gibson, Dunn & Crutcher LLP
    Debra Wong Yang
10      333 South Grand Avenue
    Los Angeles, CA 90071-3197
11      Telephone: 213.229.7000
    Facsimile: 213.229.7520
12      Email:    dwongyang@gibsondunn.com

13      Gibson, Dunn & Crutcher LLP
    Marcellus A. McRae
14      333 South Grand Avenue
    Los Angeles, CA 90071-3197
15      Telephone: 213.229.7000
    Facsimile: 213.229.7520
16      Email:    mmcrae@gibsondunn.com

17      Gibson, Dunn & Crutcher LLP
    Theane D. Evangelis
18      333 South Grand Avenue
    Los Angeles, CA 90071-3197
19      Telephone: 213.229.7000
    Facsimile: 213.229.7520
20      Email:    tevangelis@gibsondunn.com

21      Gibson, Dunn & Crutcher LLP
    Joshua S. Lipshutz
22      555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
23      Telephone: 415.393.8200
    Facsimile: 415.393.8306
24      Email:    jlipshutz@gibsondunn.com

25

26     Please update service lists, and direct all future filings, discovery, and correspondence to

27  Theodore J. Boutrous, Jr., Debra Wong Yang, Marcellus A. McRae, Theane D. Evangelis, and Joshua

28  S. Lipshutz.

Gibson, Dunn &
Crutcher LLP

2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; CASE NO. CV 3:15-00262-EMC

1  The undersigned parties consent to the above substitution of counsel.

DATED:  April 13, 2015                    DEFENDANT UBER TECHNOLOGIES, INC.

By: _____/s/_____
            ABBY HORRIGAN

DATED:  April 13, 2015                    DEFENDANT TRAVIS KALANICK

By: _____/s/_____
            TRAVIS KALANICK

DATED:  April 13, 2015                    DEFENDANT RYAN GRAVES

By: _____/s/_____
            RYAN GRAVES

DATED:  April 13, 2015                    MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
            ROBERT JON HENDRICKS

DATED:  April 13, 2015                    GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
            THEODORE J. BOUTROUS, JR.

ATTORNEYS FOR UBER TECHNOLOGIES, INC., TRAVIS KALANICK, AND RYAN GRAVES

1  **ATTESTATION:**  The filer of this document attests that the concurrence of the other
2  signatories thereto has been obtained.

4  The above substitution of counsel is approved and IT IS SO ORDERED.

6
7  DATED:   4/14/15                              _____
8                                                HONORABLE EDWARD M. CHEN
                                                 UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

# DECLARATION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On April 13, 2015, I served the within:

**DEFENDANTS UBER TECHNOLOGIES, INC., TRAVIS KALANICK, AND RYAN GRAVES' NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on April 13, 2015.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on April 13, 2015, at San Francisco, California.

/s/

Suzanne Maruschak