UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. C15-0262 EMC<br><br>**ORDER DEFERRING BRIEFING SCHEDULE AND CONSIDERATION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>**(Docket No. 62)** |

On May 22, 2015, Defendants filed a motion to compel Plaintiffs' claims to individual arbitration pursuant to an arbitration provision contained in the 2013 Software License & Online Services Agreement (2013 Agreement) between the parties. *See* Docket No. 62. In related litigation, this Court currently has under submission two motions to compel arbitration filed by Uber pursuant to the same 2013 Agreement. See *Mohamed v. Uber Technologies, Inc.*, No. 14-cv-5200, Dkt. No. 28 (Uber's Motion to Compel Arbitration); *Gillette v. Uber Technologies, Inc.*, No. 14-cv-5241, Dkt. No. 16 (Uber's Motion to Compel Arbitration). The Court expects to issue a ruling on these motions in due course.

In order to aid the parties and the Court by focusing the briefing on the salient issues the Court will identify in its Order, the Court hereby defers the briefing schedule on Uber's motion to compel arbitration filed in this case until after its issues its Order in *Mohamed* and *Gillette*. Plaintiffs' opposition to Uber's motion shall be due two weeks after the date of this Court's Order in *Mohamed* and *Gillette*, and Uber's reply in support of its motion shall be due one week

thereafter. The Court sets July 23, 2015, at 1:30 p.m. as the provisional hearing date for Uber's motion to compel arbitration.

IT IS SO ORDERED.

Dated: May 26, 2015

EDWARD M. CHEN
United States District Judge