| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   415.393.8200<br>Facsimile:    415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK. | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:      (617) 994-5800<br>Facsimile:       (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llr law.com<br><br>MATTHEW CARLSON, SBN 273242<br>CARLSON LEGAL SERVICES<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone:   (415) 817-1470<br>mcarlson@carlsonlegalservices.com<br><br>Attorneys for Plaintiffs<br>HAKAN YUCESOY and ABDI MAHAMMED, individually and on behalf of all others similarly situated |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, and ABDI MAHAMMED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK,<br><br>Defendant. | CASE NO.  3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date: July 23, 2015<br>Time: 1:30 pm<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 7-11, the undersigned counsel of record for Plaintiffs Hakan Yucesoy and Abdi Mahammed ("Plaintiffs") and Defendants Uber Technologies, Inc., Ryan Graves, and Travis Kalanick, ("Defendants"), (collectively, the "Parties") stipulate and agree that the hearing on Defendants' Motion to Compel Arbitration currently scheduled for July 23, 2015 be moved to August 20, 2015, or alternatively, that the hearing be moved to July 16, 2015 and that Plaintiffs' counsel be permitted to appear by telephone:

WHEREAS, the hearing on Defendants' Motion to Compel Arbitration is currently scheduled for July 23, 2015;

WHEREAS, Plaintiffs' lead counsel is scheduled to be out of the country on a long-planned vacation, leaving from Boston on July 17, 2015, and returning to the United States on July 31, 2015;

WHEREAS, the Court has a hearing scheduled on a related matter (Uber's motion to stay in the cases of Mohamed v. Uber Technologies, Inc., No. C-14-5200 and Gillette v. Uber Technologies, Inc., No. C-14-5241), for July 16, 2015;

WHEREAS, Plaintiffs' counsel is not able to appear in person on July 16, 2015, in San Francisco but could appear by telephone;

WHEREAS, both sides' counsel are already scheduled to appear before this Court on August 20, 2015, for the Case Management Conference in this case;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1) The hearing on Defendants' Motion to Compel Arbitration currently scheduled for July 23, 2015, is either moved to July 16, 2015, provided that Plaintiffs' counsel may appear by telephone, or alternatively,

(2) The hearing on Defendants' Motion to Compel Arbitration currently scheduled for July 23, 2015 is moved to August 20, 2015.

/ / /
/ / /
/ / /
/ / /

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated:  June 23, 2015

SHANNON LISS-RIORDAN
ADELAIDE PAGANO
LICHTEN & LISS-RIORDAN, P.C.

MATTHEW CARLSON
CARLSON LEGAL SERVICES

By:  */s/ Shannon Liss-Riordan*

Attorneys for Plaintiffs
HAKAN YUCESOY AND ABDI MAHAMMED,
individually and on behalf of all others similarly situated

Dated:  June 23, 2015

THEODORE J. BOUTROUS, JR.
DEBRA WONG YANG
MARCELLUS A. MCRAE
THEANE D. EVANGELIS
JOSHUA S. LIPSHUTZ
DHANANJAY S. MANTHRIPRAGADA
BRANDON J. STOKER
KEVIN J. RING-DOWELL
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Theodore J. Boutrous, Jr.*

Attorneys for Defendant
UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK

1
2  **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.** The motion hearing and
3  CMC is reset for 8/6/15 at 1:30 p.m.  An updated joint CMC statement shall be
   filed by 7/30/15. All parties must appear in person.
4  Date: 6/23/15
5                                                              Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION