GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
   tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
   dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
   mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
   dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
   jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
   kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants
UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES

SHANNON LISS-RIORDAN, *pro hac vice*
(sliss@llrlaw.com)
ADELAIDE PAGANO, *pro hac vice*
(apagano@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

MATTHEW CARLSON (SBN 273242)
(mcarlson@carlsonlegalservices.com)
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 817-1470

Attorneys for Plaintiffs
HAKAN YUCESOY and ABDI MAHAMMED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAKAN YUCESOY and ABDI MAHAMMED, individually on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES,<br><br>        Defendants. | CASE NO. 3:15-cv-00262-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CHANGING TIME TO RESPOND** |

## STIPULATION

Plaintiffs Hakan Yucesoy and Abdi Mahammed ("Plaintiffs") and Defendants Uber Technologies, Inc., Travis Kalanick, and Ryan Graves ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 31, 2015, Defendants filed a motion to dismiss Plaintiffs' First Amended Complaint, *see* Docket No. 36;

WHEREAS, on June 12, 2015, this Court issued an Order granting in part and denying in part Defendants' motion to dismiss Plaintiffs' First Amended Complaint, *see* Docket No. 69;

WHEREAS, by the same Order, this Court granted Plaintiffs leave to file a Second Amended Complaint on or before July 2, 2015, *see* Docket No. 69;

WHEREAS, the Parties have conferred and Plaintiffs have indicated that they intend to file a Second Amended Complaint;

WHEREAS, in the absence of an Order by this Court modifying the pleadings schedule, Defendants may be required to file a responsive pleading on or before June 26, 2015, in accordance with Fed. Rule Civ. Pro. 12(a)(4)(A)—a date before the deadline to file a Second Amended Complaint;

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, to the following deadline:

- Defendants must file a responsive pleading no later than thirty (30) days from the date of filing of the Second Amended Complaint.

**IT IS SO STIPULATED**

Dated: June 24, 2015                           GIBSON, DUNN & CRUTCHER LLP


                                               By:  /s/ Theodore J. Boutrous Jr.
                                                    Theodore J. Boutrous Jr.

                                               Attorney for Defendants UBER TECHNOLOGIES,
                                               INC., TRAVIS KALANICK, and RYAN GRAVES

Dated: June 24, 2015                           LICHTEN & LISS-RIORDAN, P.C.


                                               By:  /s/ Shannon Liss-Riordan
                                                    Shannon Liss-Riordan

                                               Attorney for Plaintiffs HAKAN YUCESOY and
                                               ABDI MAHAMMED


**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __6/25__, 2015

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIP. AND PROPOSED ORDER CHANGING TIME TO RESPOND – CASE NO. 3:15-CV-00262-EMC

Gibson, Dunn &
Crutcher LLP

**ECF ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

By: _____/s/_____
Dhananjay S. Manthripragada