GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
tboutrous@gibsondunn.com
DEBRA WONG YANG, SBN 123289
dwongyang@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
BRANDON J. STOKER, SBN 277325
bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

Attorneys for Defendant
UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK.

SHANNON LISS-RIORDAN, *pro hac vice*
ADELAIDE PAGANO, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801
sliss@llrlaw.com
apagano@llrlaw.com

MATTHEW CARLSON, SBN 273242
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 817-1470
mcarlson@carlsonlegalservices.com

Attorneys for Plaintiffs
HAKAN YUCESOY and ABDI MAHAMMED, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAKAN YUCESOY and ABDI MAHAMMED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK,<br><br>Defendant. | CASE NO.  3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND TO PERMIT PLAINTIFFS TO FILE A BRIEF SUPPLEMENT IN SUPPORT OF THEIR OPPOSITION**<br>Date: August 6, 2015<br>Time: 1:30 pm<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND TO PERMIT PLAINTIFFS TO FILE A BRIEF SUPPLEMENT IN SUPPORT OF THEIR OPPOSITON

Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Hakan Yucesoy and Abdi Mahammed ("Plaintiffs") and Defendants Uber Technologies, Inc., Ryan Graves, and Travis Kalanick, ("Defendants"),(collectively, the "Parties") stipulate and agree that the date for Defendants to file their reply in support of Defendants' Motion to Compel Arbitration currently scheduled for June 30, 2015, be moved to July 8, 2015, and that Plaintiffs be permitted to file a brief supplement to their Opposition to Defendants' Motion to Compel Arbitration no later than July 1, 2015:

WHEREAS, the hearing on Defendants' Motion to Compel Arbitration is currently scheduled for August 6, 2015;

WHEREAS, Plaintiffs plan to seek leave to file a brief supplement to their Opposition to Defendants' Motion to Compel Arbitration (Doc. 72) by July 1, 2015;

WHEREAS, this supplement will further clarify and lend support to Plaintiffs' argument and will aid the Court in its consideration of Defendants' Motion;

WHEREAS, the Court and parties will not be prejudiced by a brief delay in the filing of Defendants' Reply Memorandum until July 8, 2015;

WHEREAS, this extra time will permit Defendants to respond to the brief supplement that Plaintiffs plan to submit in support of their Opposition to Defendants' Motion to Compel Arbitration (Doc. 72) by July 1, 2015;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1) The due date for Defendants' Reply in Support of their Motion to Compel Arbitration currently set for June 30, 2015, be moved to July 8, 2015;

(2) Plaintiffs be permitted to submit an Administrative Motion to Supplement their Opposition Brief (Doc. 72) no later than July 1, 2015.

/ / /

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND TO PERMIT PLAINTIFFS TO FILE A BRIEF SUPPLEMENT IN SUPPORT OF THEIR OPPOSITON

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated:  June 29, 2015

SHANNON LISS-RIORDAN
ADELAIDE PAGANO
LICHTEN & LISS-RIORDAN, P.C.

MATTHEW CARLSON
CARLSON LEGAL SERVICES

By: */s/ Shannon Liss-Riordan*

Attorneys for Plaintiffs
HAKAN YUCESOY AND ABDI MAHAMMED,
individually and on behalf of all others similarly situated

Dated:  June 29, 2015

THEODORE J. BOUTROUS, JR.
DEBRA WONG YANG
MARCELLUS A. MCRAE
THEANE D. EVANGELIS
JOSHUA S. LIPSHUTZ
DHANANJAY S. MANTHRIPRAGADA
BRANDON J. STOKER
KEVIN J. RING-DOWELL
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theodore J. Boutrous, Jr.*

Attorneys for Defendant
UBER TECHNOLOGIES, INC., RYAN GRAVES, and
TRAVIS KALANICK

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' REPLY IN SUPPORT
OF THEIR MOTION TO COMPEL ARBITRATION AND TO PERMIT PLAINTIFFS TO FILE A BRIEF
SUPPLEMENT IN SUPPORT OF THEIR OPPOSITON

1  **PURSUANT TO THIS STIPULATION, IT IS SO ORDERED**

2

3  Date: _____6/30/15_____       _____
                                        Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' REPLY IN SUPPORT
OF THEIR MOTION TO COMPEL ARBITRATION AND TO PERMIT PLAINTIFFS TO FILE A BRIEF
SUPPLEMENT IN SUPPORT OF THEIR OPPOSITON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28