UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, et al., | No. C15-0262 EMC |
| Plaintiffs, | **SUPPLEMENTAL BRIEFING ORDER** |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Defendants have moved to compel individual arbitration of the Plaintiffs' claims in this action. Docket No. 62. According to an Uber declarant, Plaintiff Hakan Yucesoy allegedly assented to the arbitration provision on September 17, 2013. *See* Docket No. 63 at ¶ 15. In opposition, Plaintiff Hakan Yucesoy filed a declaration in which he states, under penalty of perjury, that he "know[s] I did not accept a Licensing Agreement with Uber in September 2013," because "I was out of the country in September 2013 and was not driving for Uber at that time." Docket No. 77-1 at ¶¶ 4-5. In order to try to prove this contention, Yucesoy provided photocopies of receipts which appear to indicate that he flew to Turkey on June 3, 2013. *Id.* at Ex. A. Yucesoy also submitted a photograph of one page of his passport, which he claims bears a passport stamp which indicates he arrived in Turkey on June 3, 2013.[1] *Id.* Yucesoy did not submit any proof as to when he *returned* to the United States, however, although in a different declaration Yucesoy admits that

---

[1] In a separate declaration Yucesoy filed with the Court, he stated that the only times he drove for Uber in 2013 were between March and "approximately July 2013," which statement is inconsistent with his later-filed declaration. Docket No. 72-2 at ¶ 2.

he returned to the United States at least by January 2014, when he claims he resumed driving for Uber. Docket No. 72-2 at ¶ 2. Uber, however, has submitted a copy of what it claims is a police report from the Boston Police Department indicating that Yucesoy was driving for Uber on October 5, 2013, when he got into a motor vehicle accident while transporting an Uber passenger. *See* Docket 80-1; 80-5. The driver of the vehicle referenced in the police report, a "Mr. Yucesoy, Hakan" was apparently transported to "Mass. General Hosp. for further treatment." Docket No. 80-5.

In light of this conflicting evidence, Yucesoy is hereby **ORDERED** to file a supplemental declaration which states, under penalty of perjury: (1) precisely when he returned to the United States after he flew to Turkey in June 2013; and (2) whether he was involved in the motor vehicle accident on October 5, 2013, described in Uber's declaration. Yucesoy shall also provide a complete photocopy of his entire passport, including picture page (which copy may be filed under seal), and any other appropriate supporting documentation as necessary, such as plane ticket receipts, etc.... Yucesoy's declaration may contain additional statements or context as necessary to help the Court in its consideration of the issues. The declaration shall be filed with the Court no later than **Thursday, July 30, 2015.**

IT IS SO ORDERED.

Dated: July 23, 2015

_____
EDWARD M. CHEN
United States District Judge

2