# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** August 6, 2015      **Time:** 2:21-2:33, 5:15-5:41      **Judge:** EDWARD M. CHEN
(38 minutes)

**Case No.:** 15-cv-0262-EMC      **Case Name:** Yucesoy v. Uber, et al.

**Attorney for Plaintiff:** Shannon Liss-Riordan, Adelaide Pagano and Matthew Carlson

**Attorney for Defendant:** Theodore Boutrous, Joshua Lipshutz, Kevin Ring-Dowell and Theane Evangelis for Defendants

**Deputy Clerk:** Betty Lee      **Court Reporter:** Belle Ball

## PROCEEDINGS

Defendants' Motion to Compel Arbitration #62 / Further CMC

## SUMMARY

Court deferred ruling on the contract formation issue presented by Defendants' Motion to Compel Arbitration (Docket #62). The Court will hold a one-day bench trial on the issue of whether Plaintiff Yucesoy formed a contract with Uber. For the reasons explained on the record, Court does not find Uber waived its right to compel arbitration. Similarly for the reasons explained on the record, the Court will not reconsider its ruling on legal assent to contract as contained in its Order in the Mohamed case. Parties shall meet and confer, and to submit to the Court by 8/13/2015 a proposed scheduling order for a bench trial on this issue.

Further cmc is scheduled for 11/19/15 at 10:30 a.m. An updated joint cmc statement shall be filed by 11/12/15.