| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | LICHTEN & LISS-RIORDAN, P.C. |
| THEODORE J. BOUTROUS, JR., SBN 132099 | SHANNON LISS-RIORDAN, *pro hac vice* |
|   tboutrous@gibsondunn.com |   sliss@llrlaw.com |
| DEBRA WONG YANG, SBN 123289 | ADELAIDE PAGANO, *pro hac vice* |
|   dwongyang@gibsondunn.com |   apagano@llrlaw.com |
| MARCELLUS A. MCRAE, SBN 140308 | 729 Boylston Street, Suite 2000 |
|   mmcrae@gibsondunn.com | Boston, MA 02116 |
| THEANE D. EVANGELIS, SBN 243570 | Telephone: (617) 994-5800 |
|   tevangelis@gibsondunn.com | Facsimile: (617) 994-5801 |
| DHANANJAY S. MANTHRIPRAGADA, SBN 254433 | |
|   dmanthripragada@gibsondunn.com | CARLSON LEGAL SERVICES |
| 333 South Grand Avenue | MATTHEW CARLSON, SBN 273242 |
| Los Angeles, CA 90071-3197 |   mcarlson@carlsonlegalservices.com |
| Telephone: 213.229.7000 | 100 Pine Street, Suite 1250 |
| Facsimile: 213.229.7520 | San Francisco, CA 94111 |
| | Telephone: (415) 817-1470 |
| JOSHUA S. LIPSHUTZ, SBN 242557 | |
|   jlipshutz@gibsondunn.com | Attorneys for Plaintiffs |
| KEVIN J. RING-DOWELL, SBN 278289 | HAKAN YUCESOY, ABDI MAHAMMED, |
|   kringdowell@gibsondunn.com | MOKHTAR TALHA, BRIAN MORRIS, and |
| 555 Mission Street, Suite 3000 | PEDRO SANCHEZ, individually and on behalf of |
| San Francisco, CA 94105-0921 | all others similarly situated |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK,<br><br>            Defendants. | CASE NO. 13-00262-EMC<br><br>**STIPULATION AND [P~~RO~~POSED] ORDER RE: ONE-DAY BENCH TRIAL** |

## **STIPULATION**

Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez ("Plaintiffs") and Defendants Uber Technologies, Inc., Ryan Graves, and Travis Kalanick ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 22, 2015, Defendants filed a motion to compel arbitration, *see* Docket No. 62;

WHEREAS, on June 23, 2015, Plaintiffs filed their opposition to Defendants' motion to compel arbitration, *see* Docket No. 72;

WHEREAS, on July 8, 2015, Defendants filed their reply in support of their motion to compel arbitration, *see* Docket No. 80;

WHEREAS the hearing on Defendants' motion to compel arbitration took place on August 6, 2015;

WHEREAS, the Court ordered the Parties to meet and confer and to submit to the Court by August 13, 2015 a proposed scheduling order for a bench trial on the issue of whether Plaintiff Yucesoy formed a contract with Uber, *see* Docket No. 95;

WHEREAS, the Court has scheduled a further case management conference for November 19, 2015, *see id.*;

WHEREAS the Parties have conferred and agreed to propose November 19, 2015, for the bench trial on the issue of whether Plaintiff Yucesoy formed a contract with Uber, which date would be convenient for the Court and the Parties given that a further case management conference in this matter has already been scheduled for that day;

WHEREAS the Parties have conferred and further agreed that the deposition of Mr. Yucesoy will occur on November 17, 2015, in San Francisco, California, and that the deposition transcript will be in final form by November 19, 2015, for use at trial;

1  NOW THEREFORE, the Parties hereby stipulate to and propose, subject to the approval of
2  this Court, the following:
3  The bench trial on the issue of whether Plaintiff Yucesoy formed a contract with Uber will
4  occur on November ~~19~~ 23, 2015, at 9:30 a.m. and the deposition of Mr. Yucesoy will occur on November 17, 2015,
5  in San Francisco, California.

**IT IS SO STIPULATED**

Dated: August 13, 2015                     GIBSON, DUNN & CRUTCHER LLP

                                           By:  /s/ Theane Evangelis
                                                Theane Evangelis

                                           Attorneys for Defendant UBER TECHNOLOGIES,
                                           INC., RYAN GRAVES, and TRAVIS KALANICK

Dated: August 13, 2015                     LICHTEN & LISS-RIORDAN, P.C.

                                           By:  /s/ Shannon Liss-Riordan
                                                Shannon Liss-Riordan

                                           Attorney for Plaintiffs HAKAN YUCESOY, ABDI
                                           MAHAMMED, MOKHTAR TALHA, BRIAN
                                           MORRIS, and PEDRO SANCHEZ

**[P~~ROPO~~SED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Bench trial set for November 23, 2015 at 9:30 a.m. Further filings, if any, must be filed by November 9, 2015.

Dated: 8/14, 2015                          _____
                                           The Honorable Edward M. Chen
                                           United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**ECF ATTESTATION**

I, Dhananjay S. Manthripragada, hereby attest that concurrence in the filing of this document has been obtained from Theane Evangelis and Shannon Liss-Riordan.

By:    /s/ Dhananjay S. Manthripragada
        Dhananjay S. Manthripragada