| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:    213.229.7000<br>Facsimile:    213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:    415.393.8200<br>Facsimile:    415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK. | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:    (617) 994-5800<br>Facsimile:    (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llr law.com<br><br>MATTHEW CARLSON, SBN 273242<br>CARLSON LEGAL SERVICES<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone:    (415) 817-1470<br>mcarlson@carlsonlegalservices.com<br><br>Attorneys for Plaintiffs<br>HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK,<br><br>Defendants. | CASE NO.  3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATES FOR DEPOSITION AND ONE-DAY BENCH TRIAL**<br><br>Date:   November 23, 2015<br>Time:  9:30 am<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

1  Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Hakan
2  Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez ("Plaintiffs") and
3  Defendants Uber Technologies, Inc., Ryan Graves, and Travis Kalanick ("Defendants") (collectively,
4  the "Parties") stipulate and agree as follows:

5  WHEREAS, the Court ordered the Parties to meet and confer and to submit to the Court by
6  August 13, 2015 a proposed scheduling order for a bench trial on the issue of whether Plaintiff
7  Yucesoy formed a contract with Uber, *see* Docket No. 95;

8  WHEREAS, the Parties conferred and agreed to propose November 19, 2015, for the bench
9  trial on the issue of whether Plaintiff Yucesoy formed a contract with Uber, and further agreed that
10 the deposition of Mr. Yucesoy would occur on November 17, 2015, in San Francisco, California, *see*
11 Docket No. 98;

12 WHEREAS, the Court has since set the trial date for the one-day bench trial for November
13 23, 2015 and approved a deposition date of November 17, 2015, *see* Docket No. 99;

14 WHEREAS, Plaintiffs' counsel have since learned from their client that Mr. Yucesoy is
15 unavailable during the weeks of November 15-28 but will be available the following week; and

16 WHEREAS, the Parties have conferred and agreed to propose that the one-day bench trial
17 currently scheduled for November 23, 2015, be moved to December 4, 2015, and that the deposition
18 currently scheduled for November 17, 2015, in San Francisco, California, be moved to December 2,
19 2015, in San Francisco, California;

20 IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

22 (1)   The deposition of Mr. Yucesoy take place on December 2, 2015, in San Francisco,
         California;
24 (2)   The one-day bench trial on the issue of whether Plaintiff Yucesoy formed a
         contract with Uber take place on December 4, 2015. at 9:30 a.m.  Further filings, if any, shall be filed by November 16, 2015.

26 //
27 //
28 //

2
STIP. AND [PROPOSED] ORDER TO CHANGE DATES FOR DEPOSITION AND ONE-DAY BENCH TRIAL

| | | |
|---|---|---|
| 1 | Dated: August 26, 2015 | SHANNON LISS-RIORDAN |
| 2 | | ADELAIDE PAGANO |
| | | LICHTEN & LISS-RIORDAN, P.C. |
| 3 | | |
| | | MATTHEW CARLSON |
| 4 | | CARLSON LEGAL SERVICES |

By: */s/ Shannon Liss-Riordan*

Attorneys for Plaintiffs
HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,

Dated: August 26, 2015

THEODORE J. BOUTROUS, JR.
DEBRA WONG YANG
MARCELLUS A. MCRAE
THEANE D. EVANGELIS
JOSHUA S. LIPSHUTZ
DHANANJAY S. MANTHRIPRAGADA
BRANDON J. STOKER
KEVIN J. RING-DOWELL
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Dhananjay S. Manthripragada*

Attorneys for Defendants
UBER TECHNOLOGIES, INC., RYAN GRAVES, and TRAVIS KALANICK

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.** (as modified above)

Date: 8/27/15                                          Hon. Edward M. Chen

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

In accordance with Local Rule 5-1, the filer of this document attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.