| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>  bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>  jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>  kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendants UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES | LICHTEN & LISS-RIORDAN, P.C.<br>SHANNON LISS-RIORDAN, *pro hac vice*<br>  sliss@llrlaw.com<br>ADELAIDE PAGANO, *pro hac vice*<br>  apagano@llrlaw.com<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>CARLSON LEGAL SERVICES<br>MATTHEW CARLSON, SBN 273242<br>  mcarlson@carlsonlegalservices.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 817-1470<br><br>Attorneys for Plaintiffs<br>HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, and RYAN GRAVES,<br><br>　　　　　Defendants. | CASE NO. 3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING SCHEDULE FOR CASE MANAGEMENT CONFERENCE, DEFENDANTS' MOTION TO COMPEL ARBITRATION, AND DEFENDANTS' MOTION TO DISMISS** |

# **STIPULATION**

Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mohktar Talha, Brian Morris, and Pedro Sanchez ("Plaintiffs") and Defendants Uber Technologies, Inc., Travis Kalanick, and Ryan Graves ("Uber") (collectively, the "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 5, 2015, Defendants filed a motion to compel arbitration as to certain of the named plaintiffs, *see* Dkt. No. 94;

WHEREAS, the hearing for Defendants' motion to compel arbitration is currently scheduled for October 21, 2015 at 9:30 a.m.;

WHEREAS, on August 28, 2015, Defendants filed a motion to dismiss Plaintiffs' second amended complaint, *see* Dkt. No. 109;

WHEREAS, the hearing for Defendants' motion to dismiss Plaintiffs' second amended complaint is currently scheduled for October 21, 2015 at 9:30 a.m.;

WHEREAS, the Court has scheduled a case management conference for November 19, 2015 at 10:30 a.m.;

WHEREAS, counsel for Plaintiffs represents the named plaintiffs in *O'Connor v. Uber Technologies, Inc.*, No. 13-03826-EMC ("*O'Connor*") and counsel for Defendants represents the defendant in *O'Connor*;

WHEREAS, the Court has scheduled a case management conference in *O'Connor* for October 21, 2015 at 9:30 a.m.;

WHEREAS, on September 10, 2015, the *O'Connor* defendant filed a motion to compel arbitration as to certain absent class members in *O'Connor*, *see O'Connor* Dkt. No. 346;

WHEREAS, the hearing for the *O'Connor* defendant's motion to compel arbitration as to certain absent class members is currently scheduled for October 21, 2015 at 9:30 a.m.;

WHEREAS, on October 1, 2015, the *O'Connor* plaintiffs filed a motion for leave to file a fourth amended complaint in *O'Connor*, *see O'Connor* Dkt. 355;

WHEREAS, the hearing for the *O'Connor* plaintiffs' motion for leave to file a fourth amended complaint is currently scheduled for November 19, 2015 at 1:30 p.m.;

1  WHEREAS, certain unavoidable scheduling conflicts have arisen for certain of the parties'
2  counsel on October 21, 2015 and November 19, 2015;
3  WHEREAS, certain of the parties' counsel will be traveling to San Francisco from Los
4  Angeles and Boston for the aforementioned hearings;
5  WHEREAS, the Court is unavailable on the following Civil Law and Motion hearing dates:
6  October 22, 2015; November 5, 2015; November 12, 2015; and November 26, 2015;
7  WHEREAS, the *O'Connor* parties intend to file a stipulation and proposed order requesting
8  that the *O'Connor* parties' case management conference, the *O'Connor* defendant's motion to
9  compel arbitration as to certain unnamed class members, and the *O'Connor* plaintiffs' motion for
10  leave to file a fourth amended complaint be scheduled for November 4, 2015 at 1:30 p.m.;
11  WHEREAS, to accommodate the aforementioned scheduling conflicts and conserve the
12  resources of the Court and the parties, the parties have conferred and agreed that:  (1) the hearing for
13  Defendants' motion to compel arbitration as certain named plaintiffs in this case; (2) the hearing for
14  Defendants' motion to dismiss Plaintiffs' second amended complaint; and (3) the case management
15  conference in this case should be rescheduled for November 4, 2015 at 1:30 p.m., to coincide with the
16  proposed hearing date regarding the case management conference in *O'Connor*, the defendants'
17  motion to compel arbitratoin in *O'Connor*, and the plaintiffs' motion for leave to file a fourth
18  amended complaint in *O'Connor*;
19  NOW THEREFORE, the parties hereby stipulate, subject to the approval of this Court, that
20  the hearing date for (1) Defendants' motion to compel arbitration as certain named plaintiffs,
21  (2) Defendants' motion to dismiss Plaintiffs' second amended complaint, and (3) the case
22  management conference shall be scheduled for November 4, 2015 at ~~1:30 p.m.~~ 10:00 am; and (4) the parties'
23  case management statement shall be due October 28, 2015.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**IT IS SO STIPULATED**

Dated: October 12, 2015                GIBSON, DUNN & CRUTCHER LLP


                                       By:_____/s/ Theodore J. Boutrous Jr._____
                                                  Theodore J. Boutrous Jr.

                                       Attorneys for Defendants UBER
                                       TECHNOLOGIES, INC., TRAVIS KALANICK,
                                       and AND RYAN GRAVES


Dated: October 12, 2015                LICHTEN & LISS-RIORDAN, P.C.


                                       By:_____/s/ Shannon Liss-Riordan_____
                                                  Shannon Liss-Riordan

                                       Attorney for Plaintiffs HAKAN YUCESOY, ABDI
                                       MAHAMMED, MOKHTAR TALHA, BRIAN
                                       MORRIS, and PEDRO SANCHEZ


### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing date is set for November 4, 2015 at 10:00 a.m.

Dated: __10/13__, 2015                 _____
                                       The Honorable Edward M. Chen
                                       United States District Judge