| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>Attorneys for Defendants<br>UBER TECHNOLOGIES, INC.<br>and TRAVIS KALANICK | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llrlaw.com<br><br>MATTHEW CARLSON, State Bar No. 273242<br>Carlson Legal Services<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 817-1470<br>mcarlson@carlsonlegalservices.com<br><br>Attorneys for Plaintiffs<br>HAKAN YUCESOY, ABDI MAHAMMED,<br>MOKHTAR TALHA, BRIAN MORRIS, and<br>PEDRO SANCHEZ, individually and on behalf<br>of all others similarly situated |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and TRAVIS KALANICK,<br><br>Defendants. | CASE NO. 3:15-00262-EMC<br><br>Hon. Edward M. Chen<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: November 24, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 5 |

| | |
|---|---|
| 1 | Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro |
| 2 | Sanchez, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendants |
| 3 | Uber Technologies, Inc. and Travis Kalanick ("Defendants") (collectively the "Parties"), by and |
| 4 | through their respective counsel of record, hereby submit the following Joint Case Management |
| 5 | Statement, pursuant to Local Rule 16-10(d), in advance of the Case Management Conference |
| 6 | scheduled in this matter for November 24, 2015, at 1:30 p.m. |

At a hearing for this matter on November 4, 2015, the Court ordered the Parties to meet and confer and submit a stipulation regarding expedited discovery to be completed in advance of the deposition of Plaintiff Yucesoy. Dkt. 125 at 2; Dkt. 129 at 112:9-15. The Court ordered the Parties to submit a Joint Case Management Statement only in the event of any "new developments" taking place prior to the November 24, 2015 Case Management Conference. Dkt. 129 at 119:18-21.

Pursuant to the Court's orders at the November 4 hearing, the Parties hereby state that they have conferred and submitted a joint stipulation to the Court regarding expedited discovery. The Parties do not address any other topics in this Joint Case Management Statement as there are no other developments in this matter to report.

Respectfully submitted,

Dated: November 17, 2015          GIBSON, DUNN & CRUTCHER LLP

/s/  Theane D. Evangelis
Theane D. Evangelis
Attorneys for Defendant

Dated: November 17, 2015          LICHTEN & LISS-RIORDAN, P.C.

/s/   Shannon Liss-Riordan
Shannon Liss-Riordan, *pro hac vice*
Attorneys for Plaintiffs

**ECF ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: November 17, 2015            GIBSON DUNN & CRUTCHER, LLP

                                             By /s/ Dhananjay S. Manthripragada
                                             Dhananjay S. Manthripragada
                                             Attorneys for Defendants