GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
MARCELLUS A. MCRAE, SBN 140308
mmcrae@gibsondunn.com
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA,
  SBN 254433
  dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants UBER
TECHNOLOGIES, INC. and TRAVIS
KALANICK

SHANNON LISS-RIORDAN, *pro hac vice*
  sliss@llrlaw.com
ADELAIDE PAGANO, *pro hac vice*
  apagano@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

MATTHEW CARLSON, State Bar No. 273242
Carlson Legal Services
  mcarlson@carlsonlegalservices.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 817-1470

Attorneys for Plaintiffs
HAKAN YUCESOY, ABDI MAHAMMED,
MOKHTAR TALHA, BRIAN MORRIS, and
PEDRO SANCHEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC. and TRAVIS KALANICK,<br><br>    Defendants. | CASE NO. 3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXPEDITE DISCOVERY**<br><br>Date: November 24, 2015<br>Time: 1:30 p.m.<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

# STIPULATION

Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez ("Plaintiffs") and Defendants Uber Technologies, Inc. and Travis Kalanick ("Defendants") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, the Court granted the Parties' stipulation that the deposition of Plaintiff Yucesoy shall take place on January 8, 2016, in San Francisco, CA, *see* Dkt. 126;

WHEREAS, the Court ordered the Parties to "meet and confer and to submit to the Court a stipulation regarding expedited discovery" in advance of Mr. Yucesoy's deposition, *see* Dkt. 125 at 2;

WHEREAS, the pleadings may not be settled in advance of the January 8, 2016 deposition of Mr. Yucesoy;

WHEREAS, in order to complete "expedited discovery before Mr. Yucesoy's deposition takes place" in light of the Court's order that "Defendants shall depose Mr. Yucesoy on all issues" but that "Mr. Yucesoy may be subject to recall if reasonably necessary" (Dkt. 374), the Parties are agreed that (1) Defendants may propound discovery on Mr. Yucesoy on or before November 20, 2015, based on the allegations in the Second Amended Complaint even though some of the claims in the Second Amended Complaint have been dismissed, and Plaintiffs will respond to any such discovery within fourteen days of service; and (2) Defendants may serve additional discovery on Mr. Yucesoy within seven days after Plaintiffs file their Third Amended Complaint, and Plaintiffs will respond to any such discovery within fourteen days of service.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1) Defendants may propound discovery on Mr. Yucesoy based on the allegations in the Second Amended Complaint by November 20, 2015, and Plaintiffs will respond to any such discovery within fourteen (14) days of service; and

(2) Defendants may propound additional discovery on Mr. Yucesoy within seven (7) days after Plaintiffs file their Third Amended Complaint, and Plaintiffs will respond to any such discovery within fourteen (14) days of service.

**IT IS SO STIPULATED**

Dated: November 17, 2015          GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Theane D. Evangelis
        Theane D. Evangelis

Attorneys for Defendants UBER TECHNOLOGIES, INC. and TRAVIS KALANICK

Dated: November 17, 2015          LICHTEN & LISS-RIORDAN, P.C.

By:    /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan

Attorney for Plaintiffs HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/20, 2015

*IT IS SO ORDERED*
Judge Edward M. Chen
(United States District Court, Northern District of California seal)

**ECF ATTESTATION**

I, Dhananjay S. Manthripragada, hereby attest that concurrence in the filing of this document has been obtained from Theane D. Evangelis and Shannon Liss-Riordan.

By: <u>/s/ Dhananjay S. Manthripragada</u>
      Dhananjay S. Manthripragada