| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br><br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:   415.393.8200<br>Facsimile:    415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:     (617) 994-5800<br>Facsimile:      (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llrlaw.com<br><br>MATTHEW CARLSON, SBN 273242<br>CARLSON LEGAL SERVICES<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone:    (415) 817-1470<br>mcarlson@carlsonlegalservices.com<br><br>Attorneys for Plaintiffs<br>HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>           Defendant. | CASE NO.  3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Date: February 4, 2016<br>Time: 1:30 pm<br>Place: Courtroom 5<br>Judge: Hon. Edward M. Chen |

1   Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Hakan Yucesoy,
2   Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez ("Plaintiffs") and Defendant
3   Uber Technologies, Inc. ("Defendant") (collectively, the "Parties") stipulate and agree as follows:
4       WHEREAS, the hearing on Defendant's Motion to Dismiss Plaintiffs' Third Amended
5   Complaint is currently scheduled for January 28, 2016;
6       WHEREAS, Plaintiffs' counsel is currently scheduled to appear before the Panel on
7   Multidistrict Litigation concerning a proposed MDL for Uber misclassification cases in Fort Myers,
8   Florida on January 28, 2016;
9       WHEREAS, Plaintiffs' Opposition to Defendant's Motion to Dismiss is currently due on
10  December 29, 2015, and Defendant's Reply is currently due on January 5, 2016;
11      WHEREAS, Plaintiffs' counsel is presently scheduled to be traveling and visiting family for
12  the holidays on the currently scheduled due date of December 29, 2015 for Plaintiffs' Opposition to
13  Defendant's Motion to Dismiss;
14      WHEREAS, Plaintiffs requested an extension of their Opposition deadline, and Defendant
15  agreed to extend Plaintiffs' Opposition deadline to January 5, 2016, and Plaintiffs agreed to extend
16  Defendant's Reply deadline to January 19, 2016, and both Parties agreed to move the January 28,
17  2016 hearing to February 4, 2016;
18      IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:
19      (1) The hearing on Defendant's Motion to Dismiss Plaintiffs' Third Amended
20          Complaint is continued from January 28, 2016 to February 4, 2016;
21      (2) The deadline for Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiffs'
22          Third Amended Complaint (Doc. 149) is continued to January 5, 2016, and the
23          deadline for Defendant's Reply is continued to January 19, 2016.

Dated: December 21, 2015          SHANNON LISS-RIORDAN
                                  ADELAIDE PAGANO
                                  LICHTEN & LISS-RIORDAN, P.C.

                                  MATTHEW CARLSON
                                  CARLSON LEGAL SERVICES


                                  By: */s/ Shannon Liss-Riordan*

                                  Attorneys for Plaintiffs
                                  HAKAN YUCESOY, ABDI MAHAMMED,
                                  MOKHTAR TALHA, BRIAN MORRIS, and PEDRO
                                  SANCHEZ, individually and on behalf of all others
                                  similarly situated,


Dated:  December 21, 2015         THEODORE J. BOUTROUS, JR.
                                  DEBRA WONG YANG
                                  MARCELLUS A. MCRAE
                                  THEANE D. EVANGELIS
                                  JOSHUA S. LIPSHUTZ
                                  DHANANJAY S. MANTHRIPRAGADA

                                  KEVIN J. RING-DOWELL
                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: */s/ Dhananjay S. Manthripragada*

                                  Attorneys for Defendant
                                  UBER TECHNOLOGIES, INC.

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.**

Date: _____12/23/15_____          _____
                                          Hon. Edward M. Chen

*IT IS SO ORDERED — Judge Edward M. Chen*

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto

3
STIP. AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS