| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR., SBN 132099<br>tboutrous@gibsondunn.com<br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>MARCELLUS A. MCRAE, SBN 140308<br>mmcrae@gibsondunn.com<br>THEANE D. EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>DHANANJAY S. MANTHRIPRAGADA, SBN 254433<br>dmanthripragada@gibsondunn.com<br><br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:     213.229.7000<br>Facsimile:     213.229.7520<br><br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>KEVIN J. RING-DOWELL, SBN 278289<br>kringdowell@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:     415.393.8200<br>Facsimile:     415.393.8306<br><br>Attorneys for Defendant<br>UBER TECHNOLOGIES, INC. | SHANNON LISS-RIORDAN, *pro hac vice*<br>ADELAIDE PAGANO, *pro hac vice*<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:     (617) 994-5800<br>Facsimile:     (617) 994-5801<br>sliss@llrlaw.com<br>apagano@llrlaw.com<br><br>MATTHEW CARLSON, SBN 273242<br>CARLSON LEGAL SERVICES<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone:     (415) 817-1470<br>mcarlson@carlsonlegalservices.com<br><br>Attorneys for Plaintiffs<br>HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                Defendant. | CASE NO.  3:15-cv-00262-EMC<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO FILE REVISED THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 7-12, the undersigned counsel of record for Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mokhtar Talha, Brian Morris, and Pedro Sanchez ("Plaintiffs") and Defendant Uber Technologies, Inc. ("Defendant") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, on December 1, 2015, Plaintiffs filed a Third Amended Complaint (Doc. No. 141), in which they did not name Travis Kalanick as a Defendant, based upon Uber's representation that Mr. Kalanick is not Uber's "President";

WHEREAS, Plaintiffs' counsel has since discovered that Mr. Kalanick was listed as Uber's "President" in corporate filings with the California Secretary of State as recently as 2014;

WHEREAS, in light of these facts, Uber has agreed to stipulate to Plaintiffs adding Mr. Kalanick back into the Third Amended Complaint as a Defendant for purposes of Plaintiffs' Mass. Gen. L. § 148B claim only, while reserving all rights and arguments with respect to Mr. Kalanick;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1)  The revised Third Amended Complaint attached hereto as Exhibit 1 is hereby deemed filed.

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: December 22, 2015

SHANNON LISS-RIORDAN
ADELAIDE PAGANO
LICHTEN & LISS-RIORDAN, P.C.

MATTHEW CARLSON
CARLSON LEGAL SERVICES

By: */s/ Shannon Liss-Riordan*

Attorneys for Plaintiffs
HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,

Dated:  December 22, 2015

THEODORE J. BOUTROUS, JR.
DEBRA WONG YANG
MARCELLUS A. MCRAE
THEANE D. EVANGELIS
JOSHUA S. LIPSHUTZ
DHANANJAY S. MANTHRIPRAGADA

KEVIN J. RING-DOWELL
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theodore J. Boutrous, Jr.*

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

**PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.** The Third Amended Complaint shall be filed as a separate document.

Date: 12/23/15   _____
Hon. Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen