THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendants UBER TECHNOLOGIES, INC.
and TRAVIS KALANICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'CONNOR, et al., individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>UBER TECHNOLOGIES, INC.,<br>　　　　　Defendant.<br><br>HAKAN YUCESOY, et al., individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br>　v.<br>UBER TECHNOLOGIES, INC. and TRAVIS KALANICK,<br>　　　　　Defendants. | CASE NO. 13-cv-03826-EMC<br>CASE NO. 15-cv-00262-EMC<br><br>**DEFENDANTS UBER TECHNOLOGIES INC. AND TRAVIS KALANICK'S STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Gibson, Dunn & Crutcher LLP

DEFS.' STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT – CASE NOS. 13-CV-03826 EMC & 15-CV-00262-EMC

Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick (collectively, "Defendants") support Plaintiffs' request for preliminary approval of the proposed class action settlement because the settlement is fair, reasonable, and adequate. Defendants also agree to provisional certification of the proposed class for settlement purposes only. While Defendants deny all of Plaintiffs' claims in these consolidated actions, deny any and all allegations of wrongdoing, fault, liability, or damage of any kind to Plaintiffs and the class, and vigorously dispute that they have engaged in any actionable conduct, they have agreed to resolve the cases to avoid the expenses, uncertainties, delays, and other risks inherent in continued litigation. In particular, Defendants reserve all of their objections to class certification for litigation purposes, and do not consent to certification of the proposed class for any purpose other than to effectuate the settlement.

Defendants respectfully request that the Court enter the Proposed Order Granting Motion for Preliminary Approval of Settlement.

DATED: April 21, 2016                    GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Theodore J. Boutrous Jr.
          Theodore J. Boutrous Jr.

Attorneys for Defendants UBER TECHNOLOGIES, INC. and TRAVIS KALANICK


I, Kevin J. Ring-Dowell, hereby attest that concurrence in the filing of this document has been obtained from Theodore J. Boutrous, Jr.

DATED: April 21, 2016                    By:   /s/ Kevin J. Ring-Dowell
                                                    Kevin J. Ring-Dowell

2

DEFS.' STATEMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT – CASE NOS. 13-CV-03826 EMC & 15-CV-00262-EMC