United States District Court

For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   DOUGLAS O'CONNOR, et al.,                    Case No. 13-cv-03826-EMC

8              Plaintiffs,                       Case No. 15-cv-00262-EMC

9         v.
                                                 **ORDER RE SUPPLEMENTAL
10  UBER TECHNOLOGIES, INC., et al.,             BRIEFING ON PLAINTIFFS' MOTION
                                                 FOR PRELIMINARY APPROVAL**
11             Defendants.
                                                 *O'Connor*, Docket No. 518
12  HAKAN YUCESOY, et al.,                       *Yucesoy*, Docket No. 206

13             Plaintiffs,

14        v.

15  UBER TECHNOLOGIES, INC., et al.,

16             Defendants

17

18         Plaintiffs must file their supplemental Private Attorney General Act (PAGA) notice, sent

19  on April 21, 2016, by **12:00 Noon, Wednesday**, **June 1, 2016**.  *See* Docket No. 611 at 16 n. 14.

20         The parties must also explain the current status of the December 2015 arbitration

21  agreement, including:

22         (1)    To how many drivers has the December 2015 arbitration agreement been

23  disseminated in California, Massachusetts, and the United States as a whole?

24         (2)    Which arbitration agreement has Uber been distributing since the Court's Rule

25  23(d) order of December, 2015 was issued, and how many drivers have received that arbitration

26  agreement?

27

28

United States District Court

For the Northern District of California

1    The parties' response is also due by **12:00 Noon, Wednesday**, **June 1, 2016**.

2

3    **IT IS SO ORDERED**.

4

5    Dated: May 31, 2016

6    _____

7    EDWARD M. CHEN
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28