| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | LICHTEN & LISS-RIORDAN, P.C. |
| THEODORE J. BOUTROUS, JR., SBN 132099 | SHANNON LISS-RIORDAN, SBN 310719 |
|   tboutrous@gibsondunn.com |   sliss@llrlaw.com |
| THEANE D. EVANGELIS, SBN 243570 | ADELAIDE PAGANO, *pro hac vice* |
|   tevangelis@gibsondunn.com |   apagano@llrlaw.com |
| DHANANJAY MANTHRIPRAGADA, | 729 Boylston Street, Suite 2000 |
|   SBN 254433 | Boston, MA 02116 |
|   dmanthripragada@gibsondunn.com | Telephone: (617) 994-5800 |
| 333 South Grand Avenue | Facsimile: (617) 994-5801 |
| Los Angeles, CA 90071-3197 | |
| Telephone: 213.229.7000 | Attorneys for Plaintiffs |
| Facsimile: 213.229.7520 | HAKAN YUCESOY, ABDI MAHAMMED, |
| | MOKHTAR TALHA, BRIAN MORRIS, |
| JOSHUA S. LIPSHUTZ, SBN 242557 | PEDRO SANCHEZ, ANTONIO OLIVEIRA, |
|   jlipshutz@gibsondunn.com | and AARON DULLES, individually and on |
| PETER C. SQUERI, SBN 286249 | behalf of all others similarly situated |
|   psqueri@gibsondunn.com | |
| 555 Mission Street, Suite 3000 | |
| San Francisco, CA 94105-0921 | |
| Telephone: 415.393.8200 | |
| Facsimile: 415.393.8306 | |

Attorneys for Defendants UBER TECHNOLOGIES, INC. and TRAVIS KALANICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, and PEDRO SANCHEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC. and TRAVIS KALANICK,<br><br>        Defendants. | CASE NO. 3:15-cv-00262-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' FIFTH AMENDED COMPLAINT – CASE NO. 3:15-CV-00262-EMC

# STIPULATION

Pursuant to Civil Local Rule 7-12, Defendants Uber Technologies, Inc. and Travis Kalanick (together, "Defendants") and Plaintiffs Hakan Yucesoy, Abdi Mahammed, Mohktar Talha, Brian Morris, Pedro Sanchez, Antonio Oliveira, and Aaron Dulles (collectively, "Plaintiffs") (together with Defendants, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Fifth Amended Class Action Complaint And Jury Demand ("Fifth Amended Complaint") on March 30, 2018 (Dkt. 292);

WHEREAS, a hearing on Defendants' forthcoming motion and further case management conference is scheduled for June 14, 2018, at 1:30 p.m. (Dkt. 291);

WHEREAS, the Court ordered Defendants to respond to the Fifth Amended Complaint by April 19, 2018 (Dkt. 287);

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' opposition to Defendants' motion is currently due on May 3, 2018, and Defendants' reply to the opposition is due on May 10, 2018;

WHEREAS, the Parties request modification to the hearing schedule as follows:

| Moving papers due | Thursday, April 26, 2018 |
| Opposition papers due | Thursday, May 10, 2018 |
| Reply papers due | Thursday, May 17, 2018 |

WHEREAS, the Parties request no modification to the scheduled June 14 hearing and case management conference;

WHEREAS, under the Parties' proposed modified schedule, the Court would have the Parties' moving, opposition, and reply papers for 28 days before the June 14 hearing;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. Defendants shall file their moving papers on or before April 26, 2018.
2. Plaintiffs shall file their opposition papers on or before May 10, 2018.
3. Defendants shall file their reply papers on or before May 17, 2018.

Gibson, Dunn & Crutcher LLP

4. The hearing and case management conference shall remain on calendar for June 14, 2018.

**IT IS SO STIPULATED**

Dated: April 6, 2018                 GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Theane D. Evangelis*
       Theane D. Evangelis

Attorneys for Defendants UBER TECHNOLOGIES, INC. and TRAVIS KALANICK

Dated: April 6, 2018                 LICHTEN & LISS-RIORDAN, P.C.

By:    */s/ Shannon Liss-Riordan*
       Shannon Liss-Riordan

Attorneys for Plaintiffs HAKAN YUCESOY, ABDI MAHAMMED, MOKHTAR TALHA, BRIAN MORRIS, PEDRO SANCHEZ, ANTONIO OLIVEIRA, and AARON DULLES, individually and on behalf of all others similarly situated

3

STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS' FIFTH AMENDED COMPLAINT – CASE NO. 3:15-CV-00262-EMC

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/9 , 2018    _____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

4

STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE REGARDING PLAINTIFFS'
FIFTH AMENDED COMPLAINT – CASE NO. 3:15-CV-00262-EMC

Gibson, Dunn & Crutcher LLP

**ECF ATTESTATION**

I, Peter C. Squeri, hereby attest that concurrence in the filing of this document has been obtained from Theane D. Evangelis and Shannon Liss-Riordan, and that this document was served by electronic filing on April 6, 2018, on all counsel of record.

By: _/s/ Peter C. Squeri_
Peter C. Squeri